# COMPLAINT FORM
(for non-prisoner filers without lawyers)

IN THE UNITED STATES DISTRICT COURT
FOR THE Southern DISTRICT OF Indiana
Indpls Div.

(Full name of plaintiff(s))

Denise Martha Burchfield
2071 E. Benjamin St, Apt. 2
Franklin, IN 46131

vs

(Full name of defendant(s))

Franklin Cove Apts
2015 Franklin Cove Ct.
Franklin, IN 46131
Wallick Properties Midwest LLC
6880 Tussing Rd.
Reynoldsburgh OH 43068
Resident Agent Charlie Vanover

Case Number:
1:18-cv-0254 WTL-TAB
(to be supplied by clerk of court)

A. PARTIES

1. Plaintiff is a citizen of ____Indiana____ and resides at
   (State)
   2071 E. Benjamin St, apt 2, Franklin, In 46131
   (Address)

(If more than one plaintiff is filing, use another piece of paper).

2. Defendant Franklin Cove Apts + Wallick Properties Midwest LLC
   (Name)

Complaint – 1

is (if a person or private corporation) a citizen of ___Indiana (Franklin Cove)___
(State, if known)

and (if a person) resides at ___Wallick Properties Midwest, LLC   Ohio___
(Address, if known)

and (if the defendant harmed you while doing the defendant's job)

worked for ___N/A___
(Employer's name and address, if known)

(If you need to list more defendants, use another piece of paper.)

**B.   STATEMENT OF CLAIM**

On the space provided on the following pages, tell:
1. Who violated your rights;
2. What each defendant did;
3. When they did it;
4. Where it happened; and
5. Why they did it, if you know.

① Franklin Cove Apartments & Wallick Properties Midwest, LLC

② Franklin Cove has refused to provide a safe way to get into & out of my apartment & no way to get to the parking lot safely.

*③ From the time I moved out due to ~~[scratched out]~~ ← November 2016

④ Franklin Cove

⑤ Franklin Cove says Wallick won't approve the money to put in ramps. I'm in a fire hazard every minute I'm in my apartment because I can't get in & out without legs.

* This was first written notice.

Complaint - 2

At the time of the fall on 3-30-17, Franklin Cove knew I had no way of safely get from the sidewalk to the parking lot. They continued to deny putting in a ramp. Even after the fall, they refused to put in a ramp. The management at the Cove started hassling me, sending maintenance people to my house every day. They offered a different apartment, but the apartment had carpet & my wheel chair wont roll well on carpet. Plus, there werent doors wide enough to get in & out of the bathroom. There were many reasons the other apartment wouldnt work for me. I need this expedited because I may have to have more of my leg amputated.

C. **JURISDICTION**

Franklin Cove is a Section 8 housing facility who failed to make reasonable accommodations for me, a 41 yo double amputee.

- [ ] I am suing for a violation of federal law under 28 U.S.C. § 1331.

OR

- [?] I am suing under state law. The state citizenship of the plaintiff(s) is (are) different from the state citizenship of every defendant, and the amount of money at stake in this case (not counting interest and costs) is $ 500,000 .

D. **RELIEF WANTED**

Describe what you want the court to do if you win your lawsuit. Examples may include an award of money or an order telling defendants to do something or stop doing something.

When I moved into ~~Colony~~ Franklin Cove 2½ years ago they knew I would have to have a leg amputated. They agreed to ramps. Over 30 people have asked on my behalf. They refused to provide any means of egress/entrance or exit to my apt + no way to get to my car from the sidewalk. No ramps at all. Finally, last spring I fell injuring my REMAINING leg which was ultimately amputated. Now I have no legs + no way to get in and out of my apartment.

Complaint – 4

E.  JURY DEMAND

☒ Jury Demand - I want a jury to hear my case
    OR
☐ Court Trial - I want a judge to hear my case

Dated this 22 day of January 20 2018.

Respectfully Submitted,

x __Denise Burchfield__
Signature of Plaintiff

x __317-270-3868__
Plaintiff's Telephone Number

x __E.WentworthBK@gmail.com__
Plaintiff's Email Address

__2071 E. Benjamin St, Apt 2__
x __Franklin, IN 46131__
(Mailing Address of Plaintiff)

(If more than one plaintiff, use another piece of paper).

## REQUEST TO PROCEED IN DISTRICT COURT WITHOUT PREPAYING THE FILING FEE

☒ I DO request that I be allowed to file this complaint without paying the filing fee. I have completed a request to proceed in the district court without prepaying the fee and attached it to the complaint.

☐ I DO NOT request that I be allowed to file this complaint without prepaying the filing fee under 28 U.S.C. § 1915, and I have included the full filing fee with this complaint.

Complaint – 5