# IN THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF INDIANA
### INDIANAPOLIS DIVISION

| | |
|---|---|
| **DENISE M. BURCHFIELD,** ) | CASE NO. 1:18-cv-00254-JRS-TAB |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| v. ) | |
| ) | |
| **FRANKLIN COVE APTS.,** ) | |
| **WALLICK** ) | |
| **PROPERTIES MIDWEST LLC,** ) | |
| ) | |
| **Defendants.** ) | |

## ORDER OF DISMISSAL WITH PREJUDICE

The parties, by their respective attorneys, having heretofore filed their Joint Stipulation of Dismissal with Prejudice, and the Court having reviewed same and being duly advised in the matter now GRANTS same.

IT IS THEREFORE ORDERED ADJUDGED and DECREED that this cause is dismissed, with prejudice, costs paid.

SO ORDERED.

Date: 7/10/2019

_____
JAMES R. SWEENEY II, JUDGE
United States District Court
Southern District of Indiana

Distribution via the Court's electronic notification system to all counsel of record/